415

RIVERSIDE CEMETERY COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

Nos. 7670, 7671.

Circuit Court of Appeals, Third Circuit.

Aug. 23, 1941.

Harry J. Alker, Jr., of Philadelphia, Pa. (E. Hall, 2nd, and G. Carroll Hoover, both of Philadelphia, Pa., on the brief), for petitioner.

Michael H. Cardozo, IV., Sp. Asst. to Atty. Gen. (Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key, Special Asst. to Atty. Gen., on the brief), for respondent.

Before BIGGS, MARIS, and CLARK, Circuit Judges.

PER CURIAM.

The decisions of the Board of Tax Appeals, 42 B.T.A. 1477, are affirmed.

UNITED STATES of America v. ONE 1941 FORD DELUXE COACH, MOTOR NO. 18—6,063,372, and First National Bank & Trust Company of Oklahoma City, Oklahoma.

No. 2382.

Circuit Court of Appeals, Tenth Circuit.

Sept. 8, 1941.

Tom Hieronymus, Asst. U. S. Atty., of Oklahoma City, Okl., for appellant.

No appearance for appellees.

Before PHILLIPS, BRATTON, and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

UNITED STATES of America v. PACIFIC EMPIRE HOLDINGS, Inc.

PACIFIC EMPIRE HOLDINGS, Inc., v. UNITED STATES of America.

No. 9882.

Circuit Court of Appeals, Ninth Circuit.

Aug. 4, 1941.

Frank J. Hennessy, U. S. Atty., and Esther B. Phillips, Asst. U. S. Atty., both of San Francisco, Cal., for appellant U. S. A.

Conrad T. Hubner, of San Francisco, Cal., for appellant Pacific Empire Holdings.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties, ordered appeals herein dismissed, that a judgment be filed and entered accordingly, and mandate of this court in this cause issue forthwith.